UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JOSEPH JACQUET** | **CIVIL ACTION NO. 6:11-cv-2134** |
| **LA. DOC #118386** | |
| **VS.** | **SECTION P** |
| | **JUDGE TUCKER L. MELANÇON** |
| **LYNN COOPER, WARDEN** | **MAGISTRATE JUDGE HANNA** |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law; it is

**ORDERED** that petitioner's second and successive petition for writ of *habeas corpus* be **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. §1631 for further proceedings in accordance with the provisions of 28 U.S.C. § 2244(b).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 29th day of February, 2012.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE